## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>THOMAS FISCHER,  )<br>  )<br>Defendant.  )<br>  ) | 8:16CR164<br><br>ORDER |

This matter is before the court on the government's Motion to Continue Trial [21]. The parties are currently involved in plea negotiations and the government needs additional time to get approval for the agreement.   Good cause being shown, the motion shall be granted and the trial shall be continued.

**IT IS ORDERED** that the motion to continue trial is granted, as follows:

1. The jury trial previously set for October 18, 2016 is continued to **November 29, 2016.**

2. The time between today's date and the commencement of trial is deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason that in continuing trial the ends of justice outweigh the best interest of the public and Defendant in a speedy trial and for the reasons set    out in the government's motion to continue trial, See 18 U.S.C. § 3161(7)(A).

3. A party may object to this order by filing an "Objection to Magistrate Judge's Order" no later than **October 24, 2016.**  The objecting party must comply with all requirements of NECrimR 59.2.

**DATED October 17, 2016.**

> **BY THE COURT:**
>
> s/ F.A. Gossett
> **United States Magistrate Judge**